# United States District Court
## Violation Notice

(Rev.1/2019)

| Location Code | Violation Number | Officer Name | Officer No. |
|---|---|---|---|
| SM20 | FBEA00RR | Shelton | 2234 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged | ☐CFR ☐USC ☐State Code |
|---|---|---|
| 03/30/2023   15:11 | FED   36CFR   261.10B | |

Place of Offense

NFSR 557 & MT ELDEN LOOKOUT RD

Offense Description: Factual Basis for Charge                HAZMAT ☐

CONSTRUCTING, OCCUPYING NFS LANDS AS A RESIDENCE

### DEFENDANT INFORMATION       Phone: (     )

| Last Name | First Name | M.I. |
|---|---|---|
| BOMA | NIKUT | M |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| FLAGSTAFF | AZ | 86001 | )/1993 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| | | AZ | 1137 |

☒Adult ☐Juvenile  Sex ☒ Male  ☐ Female  | Hair BLK | Eyes BLK | Height 5 ' 9 " | Weight 189 |

### VEHICLE       VIN:                           CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A  ☒ If Box A is checked, you must appear in court. See instructions. | B  ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

| | Forfeiture Amount |
|---|---|
| | $30.00   Processing Fee |
| PAY THIS AMOUNT AT www.cvb.uscourts.gov  → | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| U.S. District Court - Flagstaff, AZ (928) 744-2566 | |
| 123 N. San Francisco Street, Ste 200 Flagstaff, AZ | Time (hh:mm) 09:30 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Officer's Copy (Pink)

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on March 30, 2023 while exercising my duties as a law enforcement officer in the Arizona District of AZ

Pursuant to 16USC 551: On 03/30/2023 at approximately 1530 hours, four United States Deputy Marshals and I arrested Nikut BOMA on an outstanding Federal probation violation warrant for failure to appear while he was illegally camping in the same area he was previously arrested in 12/2022, about 100 yards west of National Forest System Road (NFSR) 557 & Mt. Elden Lookout Road, residing in an area closed to camping along on the Flagstaff Ranger District, Coconino National Forest, Coconino County, AZ. On 12/02/2022 at 1906 hours, U.S. Forest Service Law Enforcement Officer (LEO) Whitehair, Coconino County Sheriff's Deputies and I previously arrested Nikut BOMA for a state warrant and federal violations; camping in a closed area, illegal campfire, littering, and residing on NFS lands in the same area along NFSR 557, threatening a forest officer, and state of AZ revised statute for threatening to kill Flagstaff Medical Center staff (See USFS IR# MBEA1AE). Upon contacting BOMA on 03/30/2023 about 1530 hours US Deputy Marshal Tyler Scott informed me he observed exposed human feces, refuse and trash on the ground around BOMAS new campsite. BOMA again stated the National Forest area he was camped was his home. U.S. Deputy Marshal Scott informed me he recorded video of the BOMA's arrest and littered campsite. The U.S. Deputy Marshals walked BOMA down the mountain to my location in my marked USFS Patrol vehicle, then searched him for weapons and jail contraband. BOMA also had three outstanding AZ state arrest warrants; Nationwide extradition for Aggravated Assault on a State Peace Officer, resisting arrest, criminal damage, and trespassing. I transported BOMA to the Coconino County Jail (Flagstaff Facility) where U.S. Marshals booked him on a federal hold. I issued BOMA three new violation notices at the jail for:

36 CFR 261.10(b) - CONSTRUCTION, RECONSTRUCTING, IMPROVING, MAINTAINING, OCCUPYING OR USING A RESIDENCE ON NATIONAL FOREST SYSTEM LANDS UNLESS AUTHORIZED BY A SPECIAL-USE AUTHORIZATION OR APPROVED OPERATING PLAN WHEN SUCH AUTHORIZATION IS REQUIRED.

36 CFR 261.11(b) – POSSESSING OR LEAVING REFUSE, DEBRIS, OR LITTER IN AN EXPOSED OR UNSANITARY CONDITION.

USFS ORDER 03-04-22-02
36 CFR 261.58(e) – CAMPING WHERE PROHIBITED

The foregoing statement is based upon:

INFORMATION SUPPLIED TO ME BY MY FELLOW OFFICER

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 03/30/2023                R. Shelton
Date (mm/dd/yyyy)                Officer's Signature

☑ Probable cause has been stated for the issuance of a warrant.

Executed on: Camille D Bibles    Digitally signed by Camille D Bibles
Date: 2023.03.30 22:08:17 -07'00'
Date (mm/dd/yyyy)                U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident

23-04061-MJ-01-PCT-CDB

## United States District Court
## Violation Notice

(Rev. 1/2019)

| Location Code | Violation Number | Officer Name | Officer No. |
|---|---|---|---|
| SM20 | FBEA00RS | Shelton | 2234 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐CFR ☐USC ☐State Code |
|---|---|
| 03/30/2023          15:11 | FED  36CFR  261.11B |

Place of Offense

NFSR 557 & MT ELDEN LOOKOUT RD

Offense Description: Factual Basis for Charge                    HAZMAT ☐

POSSESSING OR LEAVING REFUSE, DEBRIS OR LITTER IN AN EXPOSED OR
UNSANITARY CONDITION

### DEFENDANT INFORMATION          Phone: (      )

| Last Name | First Name | M.I. |
|---|---|---|
| BOMA | NIKUT | M |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| FLAGSTAFF | AZ | 86001 | /1993 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
|  |  | AZ | 37 |

☒ Adult ☐ Juvenile  Sex  ☒ Male  ☐ Female   Hair BLK  Eyes BLK  Height 5 ' 9 "  Weight 189

### VEHICLE    VIN:                                          CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

|  |  |
|---|---|
| | Forfeiture Amount |
| | $30.00    Processing Fee |
| PAY THIS AMOUNT AT www.cvb.uscourts.gov → | Total Collateral Due |

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| U.S. District Court - Flagstaff, AZ (928) 744-2566 | |
| 123 N. San Francisco Street, Ste 200 Flagstaff, AZ | Time (hh:mm) 09:30 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt.
I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the
total collateral due.

X Defendant Signature

Officer's Copy (Pink)

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on March 30, 2023 while exercising my duties as a law enforcement
officer in the Arizona District of AZ

Pursuant to 16USC 551: On 03/30/2023 at approximately 1530 hours, four United States Deputy
Marshals and I arrested Nikut BOMA on an outstanding Federal probation violation warrant for failure
to appear while he was illegally camping in the same area he was previously arrested in 12/2022,
about 100 yards west of National Forest System Road (NFSR) 557 & Mt. Elden Lookout Road,
residing in an area closed to camping along on the Flagstaff Ranger District, Coconino National
Forest, Coconino County, AZ. On 12/02/2022 at 1906 hours, U.S. Forest Service Law Enforcement
Officer (LEO) Whitehair, Coconino County Sheriff's Deputies and I previously arrested Nikut BOMA
for a state warrant and federal violations; camping in a closed area, illegal campfire, littering, and
residing on NFS lands in the same area along NFSR 557, threatening a forest officer, and state of AZ
revised statute for threatening to kill Flagstaff Medical Center staff (See USFS IR# MBEA1AE). Upon
contacting BOMA on 03/30/2023 about 1530 hours US Deputy Marshal Tyler Scott informed me he
observed exposed human feces, refuse and trash on the ground around BOMAs new campsite.
BOMA again stated the National Forest area he was camped was his home. U.S. Deputy Marshal
Scott informed me he recorded video of the BOMA's arrest and littered campsite. The U.S. Deputy
Marshals walked BOMA down the mountain to my location in my marked USFS Patrol vehicle, then
searched him for weapons and jail contraband.  BOMA also had three outstanding AZ state arrest
warrants; Nationwide extradition for Aggravated Assault on a State Peace Officer, resisting arrest,
criminal damage, and trespassing.  I transported BOMA to the Coconino County jail (Flagstaff
Facility) where U.S. Marshals booked him on a federal hold. I issued BOMA three new violation
notices at the jail for:

36  CFR  261.10(b) -  CONSTRUCTION, RECONSTRUCTING, IMPROVING, MAINTAINING,
OCCUPYING OR USING A RESIDENCE ON NATIONAL FOREST SYSTEM LANDS UNLESS
AUTHORIZED BY A SPECIAL-USE AUTHORIZATION OR APPROVED OPERATING PLAN WHEN
SUCH AUTHORIZATION IS REQUIRED.

36 CFR 261.11(b) – POSSESSING OR LEAVING REFUSE, DEBRIS, OR LITTER IN AN EXPOSED
OR UNSANITARY CONDITION.

USFS ORDER 03-04-22-02
36 CFR 261.58(e) – CAMPING WHERE PROHIBITED

The foregoing statement is based upon:

INFORMATION SUPPLIED TO ME BY MY FELLOW OFFICER

I declare under penalty of perjury that the information which I have set forth above and
on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 03/30/2023                      R. Shelton
             Date (mm/dd/yyyy)              Officer's Signature

☒ Probable cause has been stated for the issuance of a warrant.

Executed on: Camille D Bibles   Digitally signed by Camille D Bibles
                                Date: 2023.03.30 22:07:49 -07'00'
             Date (mm/dd/yyyy)              U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;    CMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice

(Rev. 1/2019)

| Location Code | Violation Number | Officer Name | Officer No. |
|---|---|---|---|
| SM20 | FBEA00RT | Shelton | 2234 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐CFR ☐USC ☐State Code |
|---|---|
| 03/30/2023   15:11 | FED  36CFR   261.58E |

Place of Offense

NFSR 557 & MT ELDEN LOOKOUT RD

Offense Description: Factual Basis for Charge        HAZMAT ☐

CAMPING WHERE PROHIBITED

## DEFENDANT INFORMATION    Phone: (    )

| Last Name | First Name | M.I. |
|---|---|---|
| BOMA | NIKUT | M |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| FLAGSTAFF | AZ | 86001 | )993 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| | | AZ | ·1137 |

☒Adult ☐Juvenile  Sex ☒ Male ☐ Female  Hair BLK  Eyes BLK  Height 5 '9 "  Weight 189

## VEHICLE    VIN:                                    CMV☐

| Tag No. | State | Year | Make/Model  PASS☐ | Color |
|---|---|---|---|---|

APPEARANCE IS REQUIRED              APPEARANCE IS OPTIONAL

A ☒ If Box A is checked, you must appear in court. See instructions.

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

| | Forfeiture Amount |
|---|---|
| | $30.00   Processing Fee |

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →

Total Collateral Due

## YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| U.S. District Court - Flagstaff, AZ (928) 744-2566 | |
| 123 N. San Francisco Street, Ste 200 Flagstaff, AZ | Time (hh:mm) 09:30 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Officer's Copy (Pink)

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on March 30, 2023 while exercising my duties as a law enforcement officer in the Arizona District of AZ

Pursuant to 16USC 551: On 03/30/2023 at approximately 1530 hours, four United States Deputy Marshals and I arrested Nikut BOMA on an outstanding Federal probation violation warrant for failure to appear while he was illegally camping in the same area he was previously arrested in 12/2022, about 100 yards west of National Forest System Road (NFSR) 557 & Mt. Elden Lookout Road, residing in an area closed to camping along the Flagstaff Ranger District, Coconino National Forest, Coconino County, AZ. On 12/02/2022 at 1906 hours, U.S. Forest Service Law Enforcement Officer (LEO) Whitehair, Coconino County Sheriff's Deputies and I previously arrested Nikut BOMA for a state warrant and federal violations; camping in a closed area, illegal campfire, littering, and residing on NFS lands in the same area along NFSR 557, threatening a forest officer, and state of AZ revised statute for threatening to kill Flagstaff Medical Center staff (See USFS IR# MBEA1AE). Upon contacting BOMA on 03/30/2023 about 1530 hours US Deputy Marshal Tyler Scott informed me he observed exposed human feces, refuse and trash on the ground around BOMAS new campsite. BOMA again stated the National Forest area he was camped was his home. U.S. Deputy Marshal Scott informed me he recorded video of the BOMA's arrest and littered campsite. The U.S. Deputy Marshals walked BOMA down the mountain to my location in my marked USFS Patrol vehicle, then searched him for weapons and jail contraband. BOMA also had three outstanding AZ state arrest warrants; Nationwide extradition for Aggravated Assault on a State Peace Officer, resisting arrest, criminal damage, and trespassing. I transported BOMA to the Coconino County jail (Flagstaff Facility) where U.S. Marshals booked him on a federal hold. I issued BOMA three new violation notices at the jail for:

36 CFR 261.10(b) - CONSTRUCTION, RECONSTRUCTING, IMPROVING, MAINTAINING, OCCUPYING OR USING A RESIDENCE ON NATIONAL FOREST SYSTEM LANDS UNLESS AUTHORIZED BY A SPECIAL-USE AUTHORIZATION OR APPROVED OPERATING PLAN WHEN SUCH AUTHORIZATION IS REQUIRED.

36 CFR 261.11(b) – POSSESSING OR LEAVING REFUSE, DEBRIS, OR LITTER IN AN EXPOSED OR UNSANITARY CONDITION.

USFS ORDER 03-04-22-02
36 CFR 261.58(e) – CAMPING WHERE PROHIBITED

The foregoing statement is based upon:

INFORMATION SUPPLIED TO ME BY MY FELLOW OFFICER

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 03/30/2023               R. Shelton
Date (mm/dd/yyyy)        Officer's Signature

☑ Probable cause has been stated for the issuance of a warrant.

Executed on: Camille D Bibles   Digitally signed by Camille D Bibles
Date: 2023.03.30 22:07:25 -07'00'
Date (mm/dd/yyyy)        U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident